# ALABAMA COURT OF CRIMINAL APPEALS



December 15, 2023

**CR-2023-0377**
Jamal Rashad Glover v. State of Alabama (Appeal from Madison Circuit Court: CC-17-3900.70)

## NOTICE

You are hereby notified that on December 15, 2023, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk